19STCV43563

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Kristin Escalante

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Daniel Azizi, Esq.   SBN: 268995<br>DOWNTOWN LA LAW<br>601 N. Vermont Ave.<br>Los Angeles, CA 90004<br>TELEPHONE NO: (213) 389-3765   FAX NO. (Optional): (877) 389-2775<br>E-MAIL ADDRESS (Optional): Daniel@downtownlalaw.com<br>ATTORNEY FOR (Name): Monica Juarez Ceron | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS: 312 North Spring Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Spring Street Courthouse

PLAINTIFF: MONICA JUAREZ CERON, an individual.

DEFENDANT: WALMART, INC., a Delaware corporation; DEAN DOE, an individual; and DOES 1 TO 50, inclusive.

[ ] DOES 1 TO _____

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE   [X] OTHER (specify): General Negligence
[ ] Property Damage   [ ] Wrongful Death
[X] Personal Injury   [X] Other Damages (specify): Premises Liability

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
Amount demanded [ ] does not exceed $10,000
[ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
[ ] from limited to unlimited
[ ] from unlimited to limited

CASE NUMBER: 19STCV43563

1. Plaintiff (name or names): MONICA JUAREZ CERON, an individual.
   alleges causes of action against defendant (name or names): WALMART, INC., a Delaware corporation; DEAN DOE, an individual; and DOES 1 TO 50, inclusive.
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

PLD-PI-001

| SHORT TITLE: MONICA JUAREZ CERON vs. WALMART, INC., et. al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): WALMART, INC.
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 26-50 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1-25 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):


9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: MONICA JUAREZ CERON vs. WALMART, INC., et. al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☒ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☒ property damage
    f. ☒ loss of earning capacity
    g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 12/3/19

Daniel Azizi, Esq.
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 (Rev. January 1, 2007)    **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**    Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: MONICA JUAREZ CERON vs. WALMART, INC., et. al. | CASE NUMBER: |
|---|---|

__FIRST__  **CAUSE OF ACTION—General Negligence**  Page 4
(number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* MONICA JUAREZ CERON, an individual.

alleges that defendant *(name):* WALMART, INC., a Delaware corporation; DEAN DOE, an individual; and DOES 1 TO 50, inclusive.

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* or about December 21, 2017
at *(place):* or near 8500 Washington Blvd., Pico Rivera, CA 90660

*(description of reasons for liability):*

On or about December 21, 2017 Plaintiff was lawfully on the premises of Defendants WALMART, INC., a Delaware corporation; DEAN DOE, an individual; and DOES 1 TO 50, inclusive, located at or near 8500 Washington Blvd., Pico Rivera, CA 90660. Plaintiff was walking within the premises when she stepped on water and/or similar substance on the floor causing her to slip, thereby causing Plaintiff to endure severe injury and pain.

At all times herein mentioned, defendants, and each of them, had sole and exclusive custody and control of the aforesaid building and activities occurring at said building, and owed a duty to this Plaintiff and others lawfully on said premises to keep said premises in a good and safe condition; contrary thereto, Defendants, and each of them, were negligent, careless and reckless in the ownership, care, control, maintenance, operation, leasing, management, caretaking, repairing, of said premises, in that they caused and permitted said premises to be and remain in a dangerous and unsafe condition in that Defendants, and each of them, caused or permitted structures and/or components and/or other parts of said building to be and remain, wet, and otherwise deficient. In addition, Defendants, and each of them were negligent, careless and reckless in that they failed to properly warn of the dangerous condition, and in that they failed to properly protect the area of said dangerous condition.

Said Defendants, and each of them, fully and well knew, or should have known in the exercise of reasonable care, that the wet floor in said establishment were in a dangerous and defective and unsafe condition, and a menace to Plaintiff and others lawfully on said premises.

By reason of the aforesaid negligence, carelessness and recklessness of Defendants, and each of them, as aforesaid, and as a direct and proximate result thereof, dangerously wet floor that was not properly installed, maintained, cleaned and/or protected at said property causing Plaintiff to sustain the injuries and damages as hereinafter alleged.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

PLD-PI-001(4)

| SHORT TITLE: MONICA JUAREZ CERON vs. WALMART, INC., et. al. | CASE NUMBER: |
|---|---|

___SECOND___ **CAUSE OF ACTION—Premises Liability**     Page 5 _____
(number)

ATTACHMENT TO    [X] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1. Plaintiff** *(name):* MONICA JUAREZ CERON, an individual.
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* or about December 21, 2017     plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):* On or about December 21, 2017 Plaintiff was lawfully on the premises of Defendants WALMART, INC., a Delaware corporation; DEAN DOE, an individual; and DOES 1 TO 50, inclusive, located at or near 8500 Washington Blvd., Pico Rivera, CA 90660. Plaintiff was walking within the premises when she stepped on water and/or similar substance on the floor causing her to slip, thereby causing Plaintiff to endure severe injury and pain.

**Prem.L-2.**    [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):* WALMART, INC., a Delaware corporation; DEAN DOE, an individual; and DOES 1 TO 50, inclusive.

     [ ] Does _____ to _____

**Prem.L-3.**    [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

     [ ] Does _____ to _____

Plaintiff, a recreational user, was   [ ] an invited guest   [ ] a paying guest.

**Prem.L-4.**    [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

     [ ] Does _____ to _____

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

**Prem.L-5. a.** [ ] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

     [ ] Does _____ to _____

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
**CAUSE OF ACTION—Premises Liability**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder